AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

RECD USMS/HI 06/26/'25 11:24

United States of America
v.
Gregorio CORDOVA MURRIETA

)
)  Case No. MJ 25-00790 KJM
)
)  **FILED UNDER SEAL PURSUANT TO**
)  **CRIMLR5.2(a)(1)**
)

Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 03 2025

at 11 o'clock and 11 min. A M
Lucy H. Carrillo, Clerk

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Gregorio CORDOVA MURRIETA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Illegal Reentry, in violation of Title 8, United States Code, Section 1326

Date: 06/25/2025

City and state: Honolulu, Hawaii

Kenneth J. Mansfield
United States Magistrate Judge

### Return

This warrant was received on (date) 6/25/25, and the person was arrested on (date) 6/26/25
at (city and state) Aiea, Hawaii.

Date: 6/26/25

see attachment
Arresting officer's signature

Tabitha Hanson, Special Agent HSI
Printed name and title

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii ▼

United States of America
v.
Gregorio CORDOVA MURRIETA

Case No. MJ 25-00790 KJM

FILED UNDER SEAL PURSUANT TO
CRIMLR5.2(a)(1)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Gregorio CORDOVA MURRIETA
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Illegal Reentry, in violation of Title 8, United States Code, Section 1326

Date: 06/25/2025

City and state: Honolulu, Hawaii

Kenneth J. Mansfield
United States Magistrate Judge

### Return

This warrant was received on *(date)* 6/25/25, and the person was arrested on *(date)* 6/26/25
at *(city and state)* Aiea, Hawaii

Date: 6/26/25

Tabitha Hanson
*Arresting officer's signature*

Tabitha Hanson Special Agent HSI
*Printed name and title*