# EXHIBIT A

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| CORDOVA MURRIETA, | Gregorio | | | | | |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | | | | |

U.S. Address

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single ☐ Married ☐ Divorced ☐ Widower ☐ Separated |
|---|---|---|---|
| 04/01/2008, 2136, CAL | | | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | ISP |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| Age: 30 | 04/01/2008 | SND/CAL | CAL | 04/01/2008 2136 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) | Lifted ☐ | Not Lifted ☐ | By |
|---|---|---|---|---|---|
| , MEXICO | | | | | FRANCISCO HERNANDEZ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | False Claim with Counterfeit Docum | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| | |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks See Narrative | Charge Code Word(s) See Narrative |
|---|---|---|---|

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary Hr. | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #:

INS SYSTEMS CHECKS
Central Index System Negative
Deportable Alien Control System Negative
Integrated Automated Fingerprint Identification System Negative
Treasury Enforcement Communications System Negative

CHARGE CODE WORD(S)
I6C1
I7A1

SECTION CODE WORD(S)
212a6Ci
212a7AiI

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by HERNANDEZ

On April 1, 2008 Gregorio CORDOVA Murrieta, DOB ▮▮▮▮▮, applied for admission into the United States from Mexico through the Calexico West Port of Entry Pedestrian Primary Inspection by presenting a counterfeit I-94 with an ADIT Stamp/Temporary Resident Alien Card, bearing his photograph as his entry document. The primary CBP Officer suspected

FRANCISCO HERNANDEZ
CBP OFFICER
(Signature and Title of INS Official)

Alien has been advised of communication privileges. _____ (Date/Initials)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| | Officer: FRANCISCO HERNANDEZ |
| | on: April 1, 2008 at _____ (time) |
| | Disposition: Expedited Removal (I-860) |
| | Examining Officer: BENNY GRADILLAS |

Form I-213(Rev.4/1/97)Y

U.S. Department of Justice
Immigration and Naturalization Service                                        Continuation Page for Form I-213

| Alien's Name | File Number Case No: | Date |
|---|---|---|
| CORDOVA MURRIETA, Gregorio | | 04/01/2008 |

that the document presented was counterfeit, and referred CORDOVA to the secondary inspection for further investigation. At secondary inspection, the I-94 presented was thoroughly examined and discovered that it was in fact a counterfeit document. CORDOVA freely and voluntarily admitted true name, citizenship, and status and was subsequently turned over to the Calexico Port Enforcement Team for further disposition. A patdown for weapons was performed by CBPO M. Hernandez, witnessed by CBPO Ornelas, and authorized by SCBPO Howe with negative results.

During an oral interview and sworn statement, CORDOVA freely and willingly admitted being a citizen and national of Mexico without the proper documents to enter, pass through or remain in the United States, and to present a counterfeit document in order to gain illegal entry into the country, fully knowing it was against U.S. law. CORDOVA stated he paid $100 US dollars to be smuggled into the United States, and that he was en route to Atlanta, GA, where he has lived in the past and where he was planning to look for work. Immigration and criminal record checks revealed two previous apprehensions by the US Border Patrol.

DISPOSITION: CORDOVA is inadmissible to the United States pursuant to sections 212(a)(6)(C)(i) and 212(a)(7)(A)(i)(I) of the INA, was expeditiously removed from the country for 5 years. Document was seized.

| Signature | Title |
|---|---|
| FRANCISCO HERNANDEZ  *F. Hernandez* | CBP OFFICER |

2 of 2 Pages

Form I-831 Continuation Page (Rev. 6/12/92)

**Admission Number** [REDACTED]

PROCESSED FOR I-551
TEMPORARY EVIDENCE OF
LAWFUL ADMISSION FOR
PERMANENT RESIDENCE
VALID UNTIL JUN 3 0 2008
EMPLOYMENT AUTHORIZED

Immigration and Naturalization Service
I-94
Arrival Record

1. Family Name: CAMACHO-LOPEZ
2. First (Given) Name: ROBERTO
3. Birth Date (Day/Mo/Yr): [REDACTED]
4. Country of Citizenship: MEXICO
5. Sex (Male or Female): MALE
6. Passport Number: [REDACTED]
7. Airline and Flight Number: LAND
8. Country Where You Live: MEXICO
9. City Where You Boarded:
10. City Where Visa Was Issued:
14. Date Issued (Day/Mo/Yr):
12. Address While in the United States (Number and Street):
13. City and State: COMMUTER

**U.S. Department of Justice**

**Immigration and Naturalization Service**

**Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

Office: **CALEXICO, CA, POE**   File No: ████

Statement by: **GREGORIO CORDOVA MURRIETA**

In the case of: **GREGORIO CORDOVA MURRIETA**

Date of Birth: ████   Gender (circle one):  Male  Female

At: **CALEXICO, CA, POE**   Date: **April 2, 2008**

Before: **FRANCISCO HERNANDEZ**   CBP OFFICER
(Name and Title)

In the **Spanish** language. Interpreter _____ Employed by _____

I am an officer of the United States Immigration and Naturalization Service. I am authorized to administer the immigration laws and to take sworn statements. I want to take your sworn statement regarding your application for admission to the United States. Before I take your statement, I also want to explain your rights, and the purpose and consequences of this interview.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing. If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the Immigration and Naturalization Service to make a decision. It is very important that you tell me the truth. If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

Except as I will explain to you, you are not entitled to a hearing or review.

> U.S. law provides protection to certain persons who face persecution, harm or torture upon return to their home country. If you fear or have a concern about being removed from the United States or about being sent home, you should tell me so during this interview because you may not have another chance. You will have the opportunity to speak privately and confidentially to another officer about your fear or concern. That officer will determine if you should remain in the United States and not be removed because of that fear.

Until a decision is reached in your case, you will remain in the custody of the Immigration and Naturalization Service.

Any statement you make may be used against you in this or any subsequent administrative proceeding.

Q. Do you understand what I've said to you?
A. Yes.

Q. Do you have any questions?
A. No.

Q. Are you willing to answer my questions at this time?
A. Yes.

Q. Do you swear or affirm that all statements you are about to make are true and complete?
A. Yes.

Q: What is your true and correct name?
A: Gregorio CORDOVA Murrieta.

Q: What is your date of birth?
A: ████
...(CONTINUED ON I-831)

Page 1 of 4

I-867A (4-1-97)

*G C M*

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form __I-867A__

| Alien's Name | File Number | Date |
|---|---|---|
| GREGORIO CORDOVA MURRIETA | ███████ | April 2, 2008 |

Q: In what City, State and Country were you born?
A: Mexico DF, Mexico.

Q: Do you have any identification or birth certificate?
A: No.

Q: Of what country are you a citizen?
A: Mexico.

Q: Of what country is your mother a citizen?
A: Mexico.

Q: Of what country is your father a citizen?
A: Mexico.

Q: How did you attempt to enter the United States?
A: Walking.

Q: When did you attempt to enter the United States?
A: Today. April 1, 2008.

Q: What did you present to the inspector when you attempted to enter the United States?
A: That document (Pointing to a counterfeit temporary I-551 with an ADIT Stamp on an I-94 bearing his photograph).

Q: Is the photograph on the document your photograph?
A: Yes, sir.

Q: Did you know the document you presented was not valid, because it was not issued to you by the U. S. Immigration Service?
A: Yes.

Q: Do you know it is illegal to enter the United States with false documents?
A: Yes.

Q: Where and how did you obtain the document you presented?
A: I got it in downtown Mexicali, MX.

Q: How much did you pay for the document?
A: I was going to pay $100 USD.

Q: Do you or have you ever had legal entry documents to enter or reside in the United States? What type?
A: No.

Q: Do you have any applications or petitions pending with the Citizenship & Immigration Services?
A: No.

Q: Have you ever lived in the United States? If so, where and how long?
A: Yes in Atlanta, GA for about 4 years.

Q: When was the last time you were in the United States?
A: Last December (2007). ....(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| FRANCISCO HERNANDEZ | CBP OFFICER |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 6/12/92)

GCM

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form __I-867A__

| Alien's Name | File Number | Date |
|---|---|---|
| GREGORIO CORDOVA MURRIETA | ▮ | April 2, 2008 |

Q: Why did you leave the United States?
A: I wanted to visit my family.

Q: Where was your destination in the United States?
A: Atlanta, GA.

Q: Why there?
A: To work; I have friends there.

Q: Have you ever been found guilty of a crime while in the USA or in Mexico?
A: No.

Q: Do you have any medical problems?
A: No.

Signature: FRANCISCO HERNANDEZ

Title: CBP OFFICER

3 of 3 Pages

Form I-831 Continuation Page (Rev. 6/12/92)

GCM

U.S. Department of Justice

Immigration and Naturalization Service

**Jurat for Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

Q: Why did you leave your home country or country of last residence?

A. **To look for work**

Q. Do you have any fear or concern about being returned to your home country or being removed from the United States?

A. **No**

Q. Would you be harmed if you are returned to your home country or country of last residence?

A. **No**

Q. Do you have any question or is there anything else you would like to add?

A. **No**

I have read (or have had read to me) this statement, consisting of _4_ pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above named officer of the Immigration and Naturalization Service. I have initialed each page of this statement (and the corrections noted on page(s) _ø_ ).

Signature: **GREGORIO CORDOVA MURRIETA**

Sworn and subscribed to before me at **CALEXICO, CA, POE**
on **April 1, 2008**.

**FRANCISCO HERNANDEZ**
**CBP OFFICER**
Officer, United States Immigration and Naturalization Service

Witnessed by: **V. Salazar / CBPO**

Page ___ of ___

I-867B (4-1-97)