**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 03 2025

at 9 o'clock and 48 min. 9 M ar
Lucy H. Carrillo, Clerk

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Michael.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 25-00056 MWJS |
| Plaintiff, | INDICTMENT |
| vs. | [8 U.S.C. § 1326(a)] |
| GREGORIO CORDOVA MURRIETA, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

<u>Reentry of Removed Alien</u>
(8 U.S.C. § 1326(a))

On or about June 26, 2025, in the District of Hawaii, GREGORIO CORDOVA MURRIETA, the defendant, an alien, native, and citizen of Mexico, who had been removed from the United States to Mexico on or about April 1, 2008, at or near Calexico, California and on or about April 3, 2008, at or near Calexico, California, was found in the United States in Honolulu, Hawaii, without having obtained the express consent of the Attorney General of the United States, or her successor, and the Secretary of the Department of Homeland Security, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

DATED: July 3, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney

<u>United States v. Gregorio Cordova Murrieta</u>
Indictment
Case No.   CR 25-00056 MWJS